

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-17-00228-CV

Style: Darla Lexington v. T. Gerald Treece, Independent Executor of the Estate of John M. O'Quinn, Deceased, John M. O'Quinn & Separate Trustee of Matawin Ventures Trust Series 2014-3 Associates, PLLC, Gibbs & Bruns, LLP, Needmore River Ranch, LLC, Greg LaMantia and Joseph V. LaMantia, III, SCI Texas Funeral Services, Inc. d/b/a Geo. H. Lewis & Sons Funeral Directors

Date motion filed*: January 26, 2018

Type of motion: Unopposed Motion for Leave to File Amended Brief in Compliance with Word-Count Limitations

Party filing motion: Appellant Darla Lexington

Document to be filed: Amended Appellant's Brief and Appendix (ready to be filed under seal)

Is appeal accelerated? No.

Ordered that motion is:
☑ Granted
☐ Denied
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____
Appellant is ordered to file her amended brief and appendix within three days of the date of this order, which the Clerk of this Court is directed to file under seal. *See* TEX. R. APP. P. 38.7.

Judge's signature: /s/ Laura C. Higley
☑ Acting individually ☐ Acting for the Court

Date: February 1, 2018

November 7, 2008 Revision